Bruce Hamlin, OSB No. 792542
hamlinb@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100

Attorneys for Defendants Cigna Corporation
and Life Insurance Company of North America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| ROBERT THORNLEY, personal representative of the estate of **RICHARD THORNLEY, JR.**, | Case No. 1:17-cv-00563-CL |
| Plaintiff, | STIPULATED JUDGMENT OF DISMISSAL |
| v. | |
| **CIGNA CORPORATION**, a Delaware corporation, **LIFE INSURANCE COMPANY OF NORTH AMERICA**, a Pennsylvania corporation, | |
| Defendants. | |

Based upon the stipulation of the parties, now therefore,

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL

IT IS HEREBY ORDERED AND ADJUDGED pursuant to Fed. R. Civ. P. 41(a) the above-captioned action is dismissed WITH prejudice and without attorneys' fees or costs to any party.

DATED this ___9___ day of __November__, 2017

_____
Mark D. Clarke, US District Court Judge
Magistrate

IT IS SO STIPULATED:

DATED: _11-7_____, 2017              DATED: __11.7____, 2017

BROPHY SCHMOR LLP                    LANE POWELL PC

By: _____            By: _____
David B. Paradis, OSB No. 853016         Bruce C. Hamlin, OSB No. 792542
Jeremy J. Karns, OSB No. 164144          Telephone: 503.778.2100
Telephone: 541.772.7123              Attorneys for Defendants Cigna Corporation
Attorneys for Plaintiff              and Life Insurance Company of North
                                     America

PAGE 2 -    STIPULATED JUDGMENT OF DISMISSAL